UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALMA PRODUCTS I, INC. AND ALMA PRODUCTS I, INC. MEDICAL INSURANCE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF MICHIGAN,<br><br>Defendant. | Case No. 14-cv-13066-RJC-RSW<br><br>Judge Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris<br><br><br><br>**STIPULATION TO DISMISS** |

The parties stipulate to the entry of an Order dismissing this matter with prejudice and without costs

                                                                   VARNUM LLP
                                                                   *Counsel for Plaintiffs*

Date:  April 17, 2015                By:   /s/ *Aaron M. Phelps*
                                                                    Aaron M. Phelps (P64790)
                                                   Business Address, Telephone, and E-mail:
                                                      Bridgewater Place, P.O. Box 352
                                                     Grand Rapids, MI 49501-0352
                                                   (616) 336-6000
                                                   amphelps@varnumlaw.com

                                                  BODMAN PLC
                                                  *Counsel for Defendant*

Date: April 17, 2015                By:   /s/ *G. Christopher Bernard*
                                                                    G. Christopher Bernard (P57939)
                                                   Business Address, Telephone, and E-mail:
                                                     201 S. Division St., Suite 400
                                                     Ann Arbor, MI  48104
                                                     (734) 761-3780
                                                   cbernard@bodmanlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALMA PRODUCTS I, INC., et al.,

        Plaintiffs,         Case No. 14-cv-13066

v         Honorable Thomas L. Ludington

BLUE CROSS AND BLUE SHIELD OF MICHIGAN,

        Defendant.

_____/

### ORDER OF DISMISSAL

Pursuant to the parties' stipulation,

It is **ORDERED** that all claims raised in this matter are dismissed with prejudice and without costs. This is a final order and closes the case.

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

Dated: April 20, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 20, 2015.

        s/Karri Sandusky
        Karri Sandusky, Acting Case Manager